AO 442 (Rev. 11/11) Arrest Warrant

FID# 11794518
76323-511

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

United States of America
v.
Maxwell Sterling Jensen a/k/a Max

*Defendant*

Case No. 1:25-cr-257-2-S1

RECD USMS BROWNSVILLE
AUG 27 2025

COPY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Maxwell Sterling Jensen a/k/a Max, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☑ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Violating the conditions of Pretrial Release.

Date: 08/27/2025

Sara Celis, Deputy Clerk
*Issuing officer's signature*

City and state: Brownsville, Texas

NATHAN OCHSNER, CLERK OF COURT
*Printed name and title*

**Return**

This warrant was received on *(date)* ____________, and the person was arrested on *(date)* ____________ at *(city and state)* ____________.

Date: ____________

*Arresting officer's signature*

*Printed name and title*

PS-8
(Rev. 9/20)

**UNITED STATES DISTRICT COURT**

Southern District of Texas
Brownsville Division

U.S.A. vs. Maxwell Sterling Jensen
a/k/a "Max"

Docket No. 1:25CR00257-002-S1

**PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE**

COMES NOW Rosbel Cantu, Jr., Senior U.S. Probation Officer presenting an official report upon the conduct of defendant Maxwell Sterling Jensen, a/k/a "Max", who was placed under pretrial release supervision by the Honorable Dustin B. Pead, sitting in the Magistrate Court at Salt Lake City, Utah, on April 24, 2025, under the following conditions:

(1): The defendant must not violate federal, state, or local law while on release.

**PREVIOUS COURT ACTION/CASE STATUS**: On April 17, 2025, a Federal Grand Jury in Brownsville, Texas, filed a five-count indictment against Maxwell Sterling Jensen, charging him as follows: Count 1 – Money Laundering Conspiracy, Count 2 – Aid and Abet Smuggling Goods into the United States, and Count 3 – Aid and Abet Smuggling Goods into the United States. On this same date, the Court ordered the issuance of a warrant and set the amount of bail. On April 23, 2025, the defendant was arrested on the strength of the aforementioned warrant in the District of Utah-Salt Lake City Division. On May 9, 2025, the defendant was ordered release on a $750,000.00 bond with a $75,000.00 cash deposit. On this same date, the defendant was released from custody.

On May 22, 2025, a Federal Grand Jury in Brownsville, Texas, filed a five-count superseding indictment against Maxwell Sterling Jensen, charging him as follows: Count 1 – Money Laundering Conspiracy, Count 2 – Aid and Abet Smuggling Goods into the United States, Count 3 – Aid and Abet Entry of Goods by Means of False Statements, and Count 5 – Conspiracy to Provide Material Support or Resources to a Designated Foreign Terrorist Organization.

A Final Pretrial Conference is scheduled for December 2, 2025, before United States District Judge Rolando Olvera.

**U.S. PROBATION PRESENTS PETITION FOR COURT ACTION AS FOLLOWS:**

On Friday, August 22, 2025, the United States Probation and Pretrial Services Office in the Southern District of Texas-Brownsville Division received an email correspondence from the District of Utah-Salt Lake City Division notifying that Maxwell Sterling Jensen was arrested for the offense of Transportation of Stolen Goods, in violation of 18 U.S.C. § 2314, as alleged in Criminal Complaint Number 2:25MJ3354-001, in the United States District Court, District of New Mexico-Las Cruces Division.

According to the criminal compliant affidavit, on or about June 18, 2025, a United States Federal Bureau of Investigations (FBI) special agent of the Midland, Texas, resident agency office received information that Maxwell Sterling Jensen was seeking to orchestrate a scheme to purchase stolen crude oil. Mr. Jensen was seeking a vacuum truck driver to retrieve the crude oil from third party locations, and transport the

oil to 4154 7 Rivers Highway, Carlsbad, New Mexico, the target location where they would store the stolen crude oil. This location was used to receive approximately 600 barrels of oil daily.

The FBI agent initiated periodic surveillance at the aforementioned location. The agent observed three (3) frac tanks and a white water hauling vacuum truck frequently park at the location. He identified and noted the target vehicle's United States Department of Transportation (USDOT) number and company name. On July 22, 2025, the FBI agent observed the target vehicle leave the location and followed it to a Plains All American Pipeline (PAAP) site, located at specific coordinates in New Mexico. The vehicle tapped into a portion of the pipeline at this site. An undisclosed time later, the agent noticed that the target vehicle had already traveled to another PAAP site, with different coordinates in New Mexico, on the same pipeline. The agent observed that a PAAP employee was assisting the target vehicle's driver.

On July 25, 2025, the FBI agent observed two (2) crude oil hauling commercial motor vehicles (CMV) parked at the target location. The drivers of the CMVs hooked up their truck hoses to one of the frac tanks and appeared to be filling their crude oil haulers. The agent requested assistance to follow the CMVs. The CMVs were driven south on Highway 285 into west Texas and stopped at a Lease Automatic Custody Transfer (LACT) unit, with specific coordinates in Texas. The agents observed the CMVs, which bore the company name 9G Logistics on them with a corresponding USDOT number, hook up to the LACT and appear to empty their loads of crude oil. Agents photographed the company name of the LACT, which was Gibson Energy.

On July 29, 2025, a tracker warrant was requested for the target vehicle suspected of stealing and transporting crude oil. It was ordered and signed by a federal magistrate judge on or about July 30, 2025. On this date, the FBI initiated and coordinated a multi-agency operation that revealed the suspects stealing crude oil. Initially, the tracker data revealed that the target vehicle made 15 trips to the PAAP from on or about July 31, 2025, to on or about August 11, 2025. However, on August 11, 2025, the tracker appeared to have fallen off the target vehicle. The tracker was located and placed on the target vehicle again on August 14, 2025. A total of 23 trips were recorded on the tracker device going to PAAP pipeline sites from on or about July 22, 2025, to on or about August 18, 2025, which apparently involved in theft of crude oil.

Additionally, telephone recorded conversations revealed that Maxwell Jensen told an undisclosed individual that his associate, identified as Tom (Rees), ran Jensen's yard in Carlsbad under the business name "Hound Dog." Mr. Jensen explained that Hound Dog received 25% of the illicit profits for oil sold from the target location in Carlsbad and that as of July 29, 2025, Rees had produced more than 100 load tickets.

On August 21, 2025, United States Magistrate Judge Barbara S. Evans ordered the issuance of an arrest warrant in Criminal Complaint Number 2:25MJ03354-001, filed in the United States District Court, District of New Mexico-Las Cruces Division. On this same date, Maxwell Sterling Jensen was arrested on the strength of said warrant.

PRAYING THAT THE COURT WILL

Issue a warrant so the defendant can be brought before the Court to show why his bond release should not be revoked.

I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Rosbel Cantu, Jr.
United States Probation Officer
Date: August 26, 2025
PACTS# 9901543

Michael A. Stevens
Supervising U.S. Probation Officer

Order of the Court:

☐ No Action

☒ Issuance of a Warrant

☐ Issuance of a Summons

☐ Concur with recommendation

☐ Other: ______________________.

Considered and ordered 27th day of August 2025 and ordered filed and made part of the records in the above case.

Rolando Olvera
United States District Judge

TRUE COPY I CERTIFY AND ATTEST:
NATHAN OCHSNER, CLERK OF COURT
BY ______
DEPUTY CLERK